AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA  

RICHARD LEROY MORGAN,

      Petitioner,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:05-cv-00661-JCM-RAM**

MICHAEL BUDGE, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition is DENIED on the merits and that this action shall be DISMISSED with prejudice. Final judgment is entered in favor of respondents and against petitioner, dismissing this action with prejudice.

    March 10, 2009                      **LANCE S. WILSON** 
                                                                          Clerk

                                                             /s/ Kalani Lizares  
                                                            Deputy Clerk